UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00182-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON W. MUCHOW,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, June 9, 2009,** and responses to these motions shall be filed by **Friday, June 19, 2009.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, June 29, 2009, at 9:00 a.m.** in courtroom A-1002. It is

FURTHER ORDERED that the parties shall contact the Court if a hearing on pending motions and/or final trial preparation conference needs to be set.

Dated: April 27, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge