**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  09-cr-00182-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON W. MUCHOW,

    Defendant.

---

**ORDER**

---

    Upon the motion of the United States of America, and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss Counts One and Two of the Indictment [doc. #16], filed August 21, 2009, is **GRANTED.**  It is further

    ORDERED that Counts One and Two of the Indictment in the above-captioned case are dismissed.

    Dated this 19th day of November, 2009.

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL,
                                                CHIEF UNITED STATES DISTRICT JUDGE